# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, ETC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BAY ELECTRICAL SERVICES, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. \_0 6 - 0 3 7 <br> ) <br> ) <br> ) <br> )    *SUMMONS IN A CIVIL CASE* <br> ) <br> ) <br> ) |

TO: BAY ELECTRICAL SERVICES, LLC
c/o S.D.M. Robinson Corporate Agents, Inc.
910 Foulk Road, Suite 200
Wilmington, DE 19803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Rick S. Miller, Esquire (#3418)
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302)575-1555

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAN 1 9 2006

PETER T. DALLEO
CLERK

DATE

*(signature)*
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 1/20/06 |
|---|---|
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: BAY ELECTRICAL SERVICES, LLC C/O S.D.M. ROBINSON CORPORATE AGENTS AT 910 FOULK RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY GAY TURNER (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/20/06
                Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.