## FERRY, JOSEPH & PEARCE, P. A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

April 26, 2006

By Hand Delivery

The Honorable Judge Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

     Re: *IBEW v. Bay Elect. Cont., LLC*
        C.A. No. 06-037 (JJF)

Dear Judge Farnan:

    I write the Court to respectfully inquire the status of the request for default judgment in the above-referenced matter. My client would like to execute upon the judgment as soon as possible.

    If the Court should have any additional questions, I would be pleased to respond.

                        Respectfully submitted,
                        /s/ Rick S. Miller

                        Rick S. Miller
                        Delaware State Bar No. 3418

RSM/drs
cc: Jessica Tortella, Esquire