IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON DELAWARE HEALTH AND WELFARE FUND, et al., | : : : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 06-037-JJF : |
| BAY ELECTRIC SERVICES, LLC, a/k/a Bay Electrical Services, | : : : |
| Defendant. | : |

### CLERK'S ENTRY OF DEFAULT

And now to wit this **1st** day of **May, 2006**, the Plaintiffs, Local Union No. 313 Of The International Brotherhood Of Electrical Workers Of Wilmington Delaware Health And Welfare Fund, et al., filed a Request To Enter Default (D.I. 3) pursuant to Fed. R. Civ. P. 55(a).

It appearing from the Declaration of Rick S. Miller (attached to D.I. 3), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(h)(1) and Defendant, Bay Electrical Services, LLC, a/k/a Bay Electrical Services has not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendant, Bay Electrical Services, LLC, a/k/a Bay Electrical Services.

Peter T. Dalleo, Clerk

By _Deborah F. Krett_
Deputy Clerk