IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LOCAL UNION NO 313 OF THE            :
INTERNATIONAL BROTHERHOOD OF         :
ELECTRICAL WORKERS OF                :
WILMINGTON DELAWARE HEALTH           :
AND WELFARE FUND, et al.,            :
                                     :
          Plaintiffs,                :
                                     :
     v.                              :   Civil Action No. 06-037 JJF
                                     :
BAY ELECTRICAL SERVICES LLC,         :
                                     :
          Defendant.                 :

### O R D E R

WHEREAS, this matter has been pending with no activity for over one (1) year;

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

IT IS HEREBY ORDERED that the Plaintiff show cause in writing within 10 days of the date of this Order why this matter should not be dismissed.

August 13, 2008                    _____
    DATE                           UNITED STATES DISTRICT JUDGE